# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> BRIANNA BRAVO (1), <br> JASMIN CRUZ-ROMERO (2), <br> Defendants. | Case No.: 18-CR-560-WQH <br><br> **JUDGMENT and ORDER DISMISSING INFORMATION WITHOUT PREJUDICE AND EXONERATING BONDS** |

Based on the United States' Motions to Dismiss Without Prejudice and Exonerate the Bonds as to defendants Brianna Bravo and Jasmin Cruz-Romero, and based on the interests of justice, it is hereby **ORDERED** that the Information in the above-entitled action be dismissed without prejudice.

**IT IS FURTHER ORDERED** that the bond as to defendant Brianna Bravo be exonerated.

**IT IS FURTHER ORDERED** that the bond as to defendant Jasmin Cruz-Romero be exonerated.

Dated: April 5, 2018

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court